COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER TO HARRIS COUNTY DISTRICT CLERK
### TO PREPARE, CERTIFY, AND FILE
### SUPPLEMENTAL CLERK'S RECORD

Appellate case name:          In re Salverson
Appellate case number:       01-12-00384-CV
Trial court case number:      2010-31668

Our complete review of the above-referenced appeal requires a supplemental clerk's record including the following document:

- May 11, 2012 order granting motion to non-suit case (Final Order).

This supplemental clerk's record is due to be filed in the First Court of Appeals no later than **September 5, 2012**.

Judge's signature: /s/ Justice Jane Bland
                    ☑  Acting individually

Date: August 24, 2012